

FILED

02 JUL 15 PM 4:23

CLERK, U S DISTRICT
MIDDLE DISTRICT OF
TAMPA FL

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ROSE M. HOKE,

    **Plaintiff,**

vs.                                                              **Case No: 8:01-CV-2458-T-23 MAP**

CBS BROADCASTING, INC.
et al.,

    **Defendants.**
_____/

## MEDIATION REPORT

In accordance with the Order of the Court and the agreement of the parties, a mediation conference was conducted in the above matter on July 8, 2002, and the results of that conference are indicated below:

    (a)    The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

        __X__    All individual parties and their respective trial counsel except as stated below.

        __X__    Designated corporate representatives.

        __X__    Required claims professionals.

    (b)    The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:



(c) The outcome of the mediation conference was:

__X__    **The case has been concluded and will be dismissed.**

_____    **The case has been partially resolved** and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____
_____
_____
_____

_____    **The conference was continued with the consent of all parties and counsel.**

_____    **The parties have reached an impasse.**

Done this 16th day of July, 2002, in Tampa, Florida.

/s/ Mary A. Lau

MARY A. LAU, ESQUIRE - Mediator

LAU, LANE, PIEPER, CONLEY
& McCREADIE, P.A.
First Union Center, Suite 1700
100 South Ashley Drive
Post Office Box 838
Tampa, Florida 33601-0838
Telephone: 813/229-2121
Facsimile: 813/228-7710

cc:  Counsel of Record and
     Unrepresented Parties